Argued May 25, affirmed June 6, 1977

In the Matter of the Dissolution of the Marriage of
PETERSON, *Appellant,*
*and*
PETERSON, *Respondent.*
(No. D8921, CA 7544)
564 P2d 750

Thomas A. Huffman, Hillsboro, argued the cause for appellant. With him on the brief was Huffman and Zenger, Hillsboro.

Gary M. Bullock, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

The wife appeals the custody and property division portions of the dissolution decree.

We affirm the award of custody to the father for the reasons stated in *Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* (1977).

The wife argues that she should have been awarded a larger share of the marital assets. The property division made by the trial court was substantially identical to that requested by the wife in her trial memorandum. It does not appear to us to be an unfair division.

Affirmed.